NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKE WEBB,**
*Petitioner-Appellant*

**v.**

**MERRICK B. GARLAND, Attorney General,**
*Respondent-Appellee*

---

2022-2065

---

Appeal from the United States District Court for the District of Columbia in No. 1:22-cv-01595-UNA, Judge Dabney Langhorne Friedrich.

---

**ON MOTION**

---

PER CURIAM.

#### O R D E R

In response to the September 21, 2022, order to show cause, the Attorney General urges dismissal of this appeal. Mike Webb urges transfer and separately moves for leave to proceed *in forma pauperis* ("IFP").

Mr. Webb's complaint in the United States District Court for the District of Columbia seeks a declaratory

judgment and injunctive relief related to the recognition of Juneteenth as a federal holiday. After the district court denied Mr. Webb's motion to proceed IFP, Mr. Webb appealed that decision to this court and the United States Court of Appeals for the District of Columbia Circuit.

Although we possesses jurisdiction to review certain decisions of federal district courts, that jurisdiction is limited in a way that applies here: this court has jurisdiction only over cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C.§ 1295(a)(2). Mr. Webb's complaint did not raise any subject matter within that limited review authority.

When this court lacks jurisdiction, we may transfer to an appropriate court if it is in the interest of justice. 28 U.S.C. § 1631. Because Mr. Webb already has a pending appeal from the denial of his IFP motion before the D.C. Circuit, we see no reason to transfer.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All pending motions are denied as moot.

(3) Each side shall bear its own costs.

FOR THE COURT

December 9, 2022              /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                   Clerk of Court